Heather McMillan (SBN 188939)
heather@scmclaw.com
Daniel P. Stevens (SBN 164277)
STEVENS & McMILLAN
335 Centennial Way
Tustin, CA 92780
Tel.:  (714) 730-1000
Fax:  (714) 730-1067

Attorneys for Plaintiffs
KENNETH YOUNG, NORMAN DREXEL, MICHAEL BYBEE

Theresa M. Marchlewski
Jennifer B. Hodur
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5408
(213) 689-0404
(213) 689-0430 Fax
marchlet@jacksonlewis.com
hodurj@jacksonlewis.com

Attorneys for Defendants
FENDER MUSICAL INSTRUMENTS CORPORATION
and KMC MUSIC, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DISTRICT

| | |
|---|---|
| KENNETH YOUNG, NORMAN DREXEL, MICHAEL BYBEE, <br>    Plaintiffs, <br><br> vs. <br><br> FENDER MUSICAL ISNTRUMENTS CORPORATION, KMC MUSIC, INC. and DOES 1 through 50, inclusive, <br><br>    Defendants. | **CASE NO.:** 5:14-CV-02634-JVS-(KKx) <br><br> ASSIGNED TO HON. JAMES V. SELNA <br><br> Action Filed: November 21, 2014 <br> Trial Date:  June 21, 2016 <br><br> **ORDER** |

///

**[PROPOSED] ORDER**

Pursuant to the Stipulation entered into by and between Plaintiffs KENNETH YOUNG, NORMAL DREXEL, MICHAEL BYBEE and Defendants FENDER MUSICAL INSTRUMENTS CORPORATION, KMC MUSIC, INC. through their respective counsel of record, and good cause appearing thereby,

IT IS HEREBY ORDERED that the matter of Kenneth Young, Norman Drexel, Michael Bybee v. Fender Musical Instruments Corporation, KMC Music, Inc. filed in the United States District Court for the Central District of California, bearing Case Number 5:14-CV-02634-JVS-(KKx) is hereby dismissed with prejudice in its entirety.

DATED: November 04, 2015            _____
                                    HONORABLE JAMES V. SELNA
                                    United States District Judge

4825-6494-8778, v. 1